# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C<br><br>                      Petitioner,<br><br>- against -<br><br>EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, and EDWARDS LIFESCIENCES (U.S.) INC.,<br><br>                      Respondents. | Case No. 1:13-MC-00048-ABJ-JMF |
| MEDTRONIC, INC.,<br><br>                      Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>EDWARDS LIFESCIENCES CORPORATION, et al.<br><br>                      Defendants and Counterclaim Plaintiffs. | **Related Action:**<br><br>Case No. 8:12-cv-00327 JVS (C.D. Cal.) |
| EDWARDS LIFESCIENCES LLC AND EDWARDS LIFESCIENCES PVT, INC.,<br><br>                      Plaintiffs,<br><br>- against -<br><br>MEDTRONIC COREVALVE LLC, MEDTRONIC CV LUXEMBOURG S.A.R.L., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC, INC., AND MEDTRONIC VASCULAR, INC.,<br><br>                      Defendants. | **Related Action:**<br><br>C.A. No. 12-23-GMS (D. Del.) |

**DEFENDANT'S NOTICE OF FILING UNDER SEAL**

The following items are being filed under seal pursuant to Local Civil Rule 5.1(j) and Defendant's Motion to File Documents Under Seal:

- Defendant's Statement of Points and Authorities in Support of Defendant's Opposition to Plaintiff's Motion to Quash Deposition Subpoena; and

- Exhibit 5 in support thereof

Dated:  February 4, 2013

                PAUL, WEISS, RIFKIND,
                WHARTON & GARRISON LLP

                By:  ___/s/ David Ball___

                David Ball (D.C. Bar No. 460055)
                2001 K St., NW, #500
                Washington, DC 20006
                Telephone: (202) 223-7300
                dball@paulweiss.com

*Attorney for Defendant Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc.*